# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Jose Martin Rojas Gutierrez, et al.

                Plaintiff,

v.

                Case No.: 1:22–cv–04950
                Honorable Young B. Kim

Automated Converting Solutions, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 22, 2024:

      MINUTE entry before the Honorable Young B. Kim: In light of the stipulation to dismiss, this case is dismissed with prejudice with the parties to bear their own costs and fees. Civil case terminated. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.